UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | MAGISTRATE NO. 23-mj-214 |
| BRETT ROTELLA,<br>also known as "Brett Ostrander,"<br><br>Defendant. | VIOLATIONS:<br>18 U.S.C. § 231(a)(3)<br>(Civil Disorder)<br>18 U.S.C. § 111(a)(1)<br>(Assaulting, Resisting, or Impeding Certain Officers)<br>18 U.S.C. § 1752(a)(1)<br>(Entering and Remaining in a Restricted Building or Grounds)<br>18 U.S.C. § 1752(a)(2)<br>(Disorderly and Disruptive Conduct in a Restricted Building or Grounds)<br>40 U.S.C. § 5104(e)(2)(E)<br>(Impeding Passage Through the Capitol Grounds or Buildings) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **BRETT ROTELLA, also known as "Brett Ostrander,"** committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

(**Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

## COUNT TWO

On or about January 6, 2021, at or around 2:26 p.m. within the District of Columbia, **BRETT ROTELLA, also known as "Brett Ostrander,"** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT THREE

On or about January 6, 2021, between approximately 2:42 p.m. and 2:55 p.m., within the District of Columbia, **BRETT ROTELLA, also known as "Brett Ostrander,"** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), that is, an officer from the Metropolitan Police Department, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **BRETT ROTELLA, also known as "Brett Ostrander,"** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

**(Entering and Remaining in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(1))**

## COUNT FIVE

On or about January 6, 2021, within the District of Columbia, **BRETT ROTELLA, also known as "Brett Ostrander,"** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

**(Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of Title 18, United States Code, Section 1752(a)(2))**

## COUNT SIX

On or about January 6, 2021, within the District of Columbia, **BRETT ROTELLA, also known as "Brett Ostrander,"** willfully and knowingly obstructed, and impeded passage through and within, the United States Capitol Grounds and any of the Capitol Buildings.

**(Impeding Passage Through the Capitol Grounds or Buildings**, in violation of Title 40, United States Code, Section 5104(e)(2)(E))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.

4