UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRETT ROTELLA, a/k/a Brett Ostrander,<br><br>Defendant. | Case No. 23-CR-303<br><br>Judge Randolph D. Moss. |

## JOINT STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Brett Rotella, a/k/a Brett Ostrander, through his attorney, Samuel Randall, hereby submit a joint status report pursuant to the Court's Minute Entry on February 18, 2024.

The government has substantially completed its case-specific discovery. To the extent it identifies or obtains additional discoverable material, it will produce that material at the earliest opportunity and well in advance of trial. The government extended a plea offer to the defendant to Count Two of the Indictment. The defendant declined the plea offer. No additional plea offers are pending at this time.

Therefore, the parties request that the Court schedule this case for a trial and set pretrial motions deadlines. Specifically, the parties request the following pretrial motion deadlines:

- Pretrial motions to be filed by May 6, 2024
- Responses to be filed by May 20, 2024
- Replies to be filed by May 27, 2024

For purposes of scheduling a trial in this matter, the parties' availability begins the week of July 22, 2024. From there, the parties are unavailable on the following dates:

- July 22 to August 4

1

- Week of August 12

The parties also request that the Court set a status or deadline for another joint status report following the completion of pretrial motions briefing.

The parties agree to the exclusion of time under the Speedy Trial Act until the date of the next status conference or report in the interests of justice to allow them to prepare and file pretrial motions and to prepare for trial.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

For the defendant:

*/s/ Samuel Randall*
SAMUEL J. RANDALL
Attorney for defendant
Randall & Stump, PLLC
2125 Southend Drive, Ste 253
Charlotte, NC 28203
(980) 237-4579
sam@randallstump.com

*/s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street N.W.,
Washington, D.C. 20530
(202) 252-6778
Kaitlin.klamann@usdoj.gov
IL Bar No. 6316768

*/s/ Nathaniel K. Whitesel*
NATHANIEL K. WHITESEL
Assistant United States Attorney
DC Bar No. 1601102
601 D Street NW
Washington, DC 20530
nathaniel.whitesel@usdoj.gov
(202) 252-7759