**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 23-CR-303 (RDM)** |
| | : | |
| **BRETT ALAN ROTELLA,** | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE**
**PURSUANT TO RULE 902(14) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America formally notifies the defendant of its intention to offer evidence pursuant to Rule 902(14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence provide:

> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> […]
>
> (14) Certified Data Copied from an Electronic Device, Storage Medium, or File. Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12). The proponent also must meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(14).

The following are the self-authenticating exhibits that the government intends to offer during its case-in-chief pursuant to Rule 902(14):

| EXHIBITS | DESCRIPTION |
|---|---|
| Exhibit 601 and all subparts | Items extracted from a Samsung Cellphone Seized from Defendant Brett Alan Rotella |

The proposed exhibits have been provided to the defense and remain available for inspection and copying at the United States Attorney's Office upon request by defense counsel. Exhibit 601 and all subparts have an accompanying certification complying with the requirements of Fed. R. Evid. 902(14), attached hereto as Exhibit 1.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    D.C. Bar No. 481052

By:   /s/ Kaitlin Klamann
    KAITLIN KLAMANN
    Assistant United States Attorney
    IL Bar No. 6316768
    601 D Street NW
    Washington, D.C. 20530
    (202) 252-6778
    Kaitlin.klamann@usdoj.gov