| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✓ | VS. | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 001 | Breach Montage with Radio Runs | | | | |
| 002 | Official Proceeding Montage | 9/9/24 | 9/9/24 | McCree | |
| 003 | USSS Video with Radio Runs | " | " | Nawa | |
| 004 | Lower West Terrace Tunnel Compilation | 9/9/24 | 9/9/24 | Riley | |
| 101 | 0682 West Front South CCTV footage | | | | |
| 101A | 0682 West Front South CCTV footage with defendant circled | 9/9/24 | 9/9/24 | Todd | |
| 102 | 0683 West Front South CCTV footage | | | | |
| 103 | 0074 LWT Tunnel CCTV footage | 9/9/24 | 9/9/24 | Nguyen | |
| 104 | 0075 LWT Tunnel CCTV footage | | | | |
| 104A | 0075 LWT Tunnel CCTV footage with defendant circled | 9/9/24 | 9/9/24 | Riley | |

| | | United States of America | | |
|---|---|---|---|---|
| Government | ✓ | VS. | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | | | |
| Defendant | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 105 | 0074 LWT Tunnel CCTV footage | | | | |
| 105A | 0074 LWT Tunnel CCTV footage clipped with defendant circled | 9/10 | 9/10 | Jenkins | |
| 106 | 0074 LWT Tunnel CCTV footage | | | | |
| 106A | 0074 LWT Tunnel CCTV footage clipped with defendant circled | | | | |
| 201 | Patriot Punk Video | 9/9/24 | 9/9/24 | Stipulated - Riley | |
| 202 | Capitol Riot Right Side Video 1 | | | | |
| 203 | Capitol Riot Right Side Video 2 | 9/9/24 | 9/9/24 | Riley - Stipulated | |
| 204 | Capitol Riot Right Side Video 3 | // | // | // | // |
| 205 | Capitol Riot Right Side Video 4 | // | // | // | // |
| 206 | Capitol Riot Right Side Video 5 | // | // | // | // |

| Government | ✓ | United States of America | | | |
|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Defendant | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 207 | G.B. Video 1 | | | | |
| 208 | G.B. Video 2 | 9/9/24 | 9/9/24 | Riley - Stipulated | |
| 209 | G.B. Video 3 | " | " | " " | |
| 210 | G.B. Video 4 | 9/9/24 | 9/9/24 | Riley | |
| 211 | G.B. Video 5 | 9/10/24 | 9/10/24 | Jenkins | |
| 212 | G.B. Video 6 | " | " | " | |
| 213 | Green Peace Photograph | 9/9/24 | 9/9/24 | Riley - Stipulated | |
| 214 | Cantwell Video 1 | 9/10/24 | 9/10/24 | Jenkins | |
| 215 | Cantwell Video 2 | 9/10/24 | 9/10/24 | Nguyen | |
| 216 | Cantwell Video 3 | 9/10/24 | 9/10/24 | Jenkins | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

United States of America
VS.
Brett Alan Rotella aka Brett Alan Ostrander

Civil/Criminal No. 1:23-cr-00303-RDM-1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 217 | Cholod AFO Video | 9/10/24 | 9/10/24 | Nguyen | |
| 218 | Farina Video | 9/10/24 | 9/10/24 | " | |
| 219 | 20210106_160533 | | | | |
| 219A | 20210106_160533 with defendant circled | | | | |
| 220 | 266T-LR Video | 9/9/24 | 9/9/24 | Riley - Stipulated | |
| 221 | JR Video Clip | | | | |
| 221A | JR Video Clip with defendant circled | 9/9/24 | 9/9/24 | Riley - Stipulated | |
| 222 | Political Trance Video | | | | |
| 222A | Political Trance Video with defendant circled | 9/10/24 | 9/10 | Jenkins | |
| 223 | Washington Protest Video | | | | |

| Government | ✓ | United States of America | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | VS. | | | |
| Defendant | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 301 | Officer Monroe BWC Clip | 9/9/24 | 9/9/24 | Riley | |
| 302 | Officer Green BWC Clip | | | | |
| 303 | Officer Maldonado BWC Clip | | | | |
| 304 | Officer Lattimore BWC Clip | | | | |
| 305 | Officer Todd BWC Clip 1 | | | | |
| 305A | Officer Todd BWC Clip – subclip 1 | 9/9/24 | 9/9/24 | Todd | |
| 305B | Officer Todd BWC Clip – subclip 2 | 9/9/24 | 9/9/24 | Riley | |
| 305B.1 | Still image of Officer Todd BWC Clip - subclip 2 | 9/10/24 | 9/10 | Jenkins | |
| | | | | | |
| | | | | | |

| Government | ✓ | United States of America | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | VS. | | | |
| Defendant | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 306 | Officer Kern BWC Clip | | | | |
| 307 | Officer Cook-Barnes BWC Clip | 9/9/24 | 9/9/24 | Riley | |
| 308 | Officer Biscoe BWC Clip | | | | |
| 309 | Officer Bennett BWC Clip | 9/9/24 | 9/9/24 | Riley - Stipulated | |
| 310 | Officer Augustine BWC Clip | | | | |
| 311 | Officer Howden BWC Clip | | | | |
| 312 | Officer McCloskey BWC Clip | 9/9/24 | 9/9/24 | Riley - Stipulated | |
| 313 | Officer Riley BWC Clip | | | | |
| 314 | Officer Mastony BWC Clip | 9/9/24 | 9/9/24 | Riley - Stipulated | |
| 315 | Officer Spooner BWC Clip | 9/9/24 | 9/9/24 | Nguyen | |

| Government | ✓ | United States of America | | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | VS. | | | | |
| Defendant | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 316 | Officer Bogner BWC Clip | 9/10/24 | 9/10/24 | Nguyen | |
| 317 | Officer Todd BWC Clip 2 | 9/10/24 | 9/10/24 | " | |
| 318 | Officer Ak BWC Clip | " | " | " | |
| 319 | Officer Spooner BWC Clip 2 | 9/10/24 | 9/10/24 | Spooner | |
| 401 | Compilation video | 9/6/24 | 9/6/24 | McCree | |
| 402 | Area closed signs and barricades | " | " | " | |
| 403 | Aerial photograph of the Capitol Building and Grounds | " | " | " | |
| 404 | Map of Restricted Perimeter | " | " | " | |
| 405 | Photograph of U.S. Capitol with signs | " | " | " | |
| | | | | | |

| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

United States of America
VS.
Brett Alan Rotella aka Brett Alan Ostrander

Civil/Criminal No. 1:23-cr-00303-RDM-1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 406 | Photograph of "AREA CLOSED" sign | 9/6/24 | 9/6/24 | McCree | |
| 407 | US Capitol Grounds map | " | 9/6/24 | " | |
| 408 | Still of 3D Model Top Down | " | " | " | |
| 409 | Still of 3D Model Overhead of Inaugural Stage | " | " | " | |
| 410 | Still of 3D Model of West Front of US Capitol | " | " | " | |
| 411 | Capitol Map of Basement | " | " | " | |
| 412 | Capitol Map of First Floor | " | " | " | |
| 501 | Rotella Samsung Phone | | | | |
| 502 | Black vest | | | | |
| 601 | Content from Rotella Samsung Phone | | | | |

| Government | ✓ | United States of America | | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | VS. | | | | |
| Defendant | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 601A | Cellebrite Report of Device Information from Rotella Samsung Phone | | | | |
| 601B | Text Messages with S.W. | 9/10 | 9/10 | Jenkins | |
| 601C | Text Messages with N.C. | | | | |
| 601D | Photograph dated 11/14/2020 | 9/10 | 9/10 | Jenkins | |
| 601D.1 | Cellebrite report of photograph dated 11/14/2020 | " | " | " | |
| 601E | Photograph dated 1/6/2021 11:09:33 a.m. | " | " | " | |
| 601E.1 | Cellebrite report of photograph dated 1/6/2021 11:09:33 a.m. | " | " | " | |
| 601F | Photograph dated 1/6/2021 11:09:32 a.m. | | | | |
| 601F.1 | Cellebrite report of photograph dated 1/6/2021 11:09:32 a.m. | | | | |
| | | | | | |

| Government | ✓ | | United States of America | | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | | VS. | | | | |
| Defendant | ☐ | | Brett Alan Rotella aka Brett Alan Ostrander | | | | |
| Joint | ☐ | | | | | | |
| Court | ☐ | | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 701 | Congressional Record for January 6, 2021 - House | | | | |
| 702 | Congressional Record for January 6, 2021 - Senate | | | | |
| 703 | Safeway Email DC Closures | | | | |
| 704 | Safeway Daily Sales Reports | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✓ | VS. | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | | |
| Defendant | ☐ | | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 705 | Safeway Business Records Certification | | | | |
| 706 | USSS Email with Head of State Notification | 9/9/24 | 9/9/24 | Hawa | |
| 707 | USSS Head of State Notification | '' | '' | '' | |
| 708 | Compilation of Trump Speech at Stop the Steal Rally | 9/10/24 | 9/10/24 | Jenkins | |
| 709 | Transcript of Trump Speech at Stop the Steal Rally | | | | |
| 710 | Photographs from search warrant of residence | | | | |
| 710A | Photograph of Rotella resume from search warrant | 9/10 | 9/10 | Jenkins | |
| 801 | Stipulation to Body-Worn Camera Exhibits | 9/9/24 | 9/9/24 | Stipulated - | Riley |
| 802 | Stipulation to CCTV Exhibits | 9/6/24 | 9/6/24 | Stipulated - | McCree |
| 803 | Stipulation to Congressional Certification | 9/6/24 | 9/6/24 | Stipulated - | McCree |
| 711 | Picture 1946 map of Capitol Ground | 9/10/24 | 9/10/24 | Judicial Notice | |

| | | United States of America | | | |
|---|---|---|---|---|---|
| Government | ✓ | VS. | | Civil/Criminal No. | 1:23-cr-00303-RDM-1 |
| Plaintiff | ☐ | | | | |
| Defendant | ☐ | Brett Alan Rotella aka Brett Alan Ostrander | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 804 | Stipulation to Federal Officer Status | 9/6/24 | 9/6/24 | Stipulated | |
| 805 | Stipulation to Defendant's Identity | 9/9/24 | 9/9/24 | Stipulated | |
| 806 | Stipulation to Open Source Exhibits | 9/9/24 | 9/9/24 | Stipulated | |
| ~~807~~ | Stipulation to Cell Phone Evidence | 9/10/24 | 9/10 | Jenkins | Stricken |
| 808 | Stipulation to Effect on Commerce | 9/10/24 | 9/10 | Jenkins | |
| 807 | Redacted Stipulation * cell | 9/10/24 | 9/10 | Jenkins | |