UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

BRETT ROTELLA,
also known as "Brett Ostrander,"

Defendant.

Case No.   23-CR-303

## VERDICT FORM

**COUNT ONE:**  Civil Disorder (18 U.S.C. § 231(a)(3))

Not Guilty _____   Guilty ____✓____

**COUNT TWO:**  Assaulting, Resisting, or Impeding Certain Officers at or around 2:26 p.m. (18 U.S.C. § 111(a)(1))

Not Guilty _____   Guilty ____✓____

**COUNT THREE:**  Assaulting, Resisting, or Impeding Certain Officers Between Approximately 2:42 p.m. and 2:55 p.m. (18 U.S.C. § 111(a)(1))

Not Guilty _____   Guilty ____✓____

**COUNT FOUR:**  Entering and Remaining in a Restricted Building or Grounds (18 U.S.C. § 1752(a)(1))

Not Guilty _____   Guilty ____✓____

**COUNT FIVE:**     Disorderly or Disruptive Conduct in a Restricted Building or Grounds
(18 U.S.C. § 1752(a)(2))

_____          ____✓_____
Not Guilty                    Guilty

**COUNT SIX:**      Impeding Passage Through the Capitol Grounds or Buildings (40
U.S.C. § 5104(e)(2)(E)

_____          ____✓_____
Not Guilty                    Guilty

Dated this __11__ day of __Sept__, 2024