UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:23-cr-00303-RDM |
| ) | |
| v. ) | |
| ) | Judge Randolph D. Moss |
| BRETT ROTELLA, a/k/a Brett Ostrander ) | |
| ) | |

**MOTION FOR RETURN OF PROPERTY**

NOW COMES the defendant, by and through his counsel and respectfully moves this court for an order directing the United States Probation Department to return his property. In support of this motion the defendant shows the Court as follows:

On August 31, 2023, Brett Rotella was arrested in the Western District of North Carolina for a Federal Criminal complaint out of the United States District Court for the District of Columbia. On September 1, 2023, Mr. Rotella was charged in a six-count indictment, alleging violations that occurred on January 6, 2020. The Government the sought and the Grand Jury returned, a Superseding indictment on May 22, 2024.

This matter proceeded to trial on September 6, 2024 and a jury found Mr. Rotella guilty of all counts on September 11, 2024. Mr. Rotella was sentenced December 13, 2024 to Concurrent terms of 38 months incarceration on counts 1s,2s and 3s; 12 months on counts 4s and 5s; and 6 months on count 6s. Current terms of 36 months of supervised release as to counts 1s, 2, and 3s; and 12 months on counts 4s and 5s. Prior to having to report to the United States Bureau of Prisons, President Donald Trump granted Mr. Rotella a full, complete and unconditional pardon. See attached Exhibit "A."

Since receiving the Presidential Pardon in this matter, the Federal Bureau of investigations has returned all items taken during the search warrant execution and arrest of Mr.

Rotella. Mr. Rotella has spoken with the United States Probation department here in the western district of North Carolina and requested that his property that was taken by them be returned also. The Probation Department in the Western District of North Carolina indicated to Mr. Rotella, that the presidential pardon was not good enough for them to release his property and stated that he must have an order from this court directing them to release Mr. Rotella's property.

      WHEREFORE, the Defendant Prays this court for an order directing the United States Probation Department to release any and all of Brett Rotella's property in their custody and control.

Respectfully Submitted this the 18th Day of March, 2025

/s/ Samuel J. Randall, IV
SAMUEL J. RANDALL, IV
RANDALL & STUMP, PLLC
NC State Bar#: 25486
301 S. McDowell St.
Suite 504
Charlotte, NC 28204
Telephone: (980) 237-4579
Facsimile: (980) 209-0029
E-Mail: Sam@RandallStump.com
Counsel for the Defendant