UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRETT ALAN ROTELLA<br>a/k/a Brett Alan Ostrander,<br><br>Defendant. | Case No. 23-CR-303 (RDM) |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY (ECF 74) AND DEFENDANT'S RESPONSE TO ORDER OF THE COURT (ECF 75)

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the government has provided information to the defendant and his counsel with respect to the return of his passport, which is no longer in the custody of the Probation Office. The government is not opposed to entry of a Court order to return the defendant's property. The government has consulted with the Middle District of North Carolina Office of Probation which has indicated that the defendant's property will be returned with an appropriate Court order.

Respectfully submitted,

Edward Robert Martin, Jr.
United States Attorney
D.C. Bar No. 481866

_____/S/_____
Jennifer Leigh Blackwell
Assistant United States Attorney
D.C. Bar No. 481097
601 D Street, NW
Washington, D.C. 20530
Jennifer.blackwell3@usdoj.gov
(202) 252-7068